CR Case 2:14-cr-01251-NF
USA v. Michael GARCIA

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MATTHEW J. DYKMAN

11-19-2014
@ 5:13 pm

As I begin to read this letter to you Michael Garcia regarding the crime you committed upon my body, I feel overcome with emotion. I am usually unable to speak and have difficulty grasping onto words that begin to describe my feelings and the impact your criminal actions have had upon me.

In 2011, I was a junior in high school working in the excel program at the Las Cruces Police Department. I had started at the department four years before then at age 13. One afternoon after leaving a crime scene, you Michael Garcia took me to an isolated neighborhood. Where you proceeded to assault me in a criminally sexual manor.

I know what you did to me was completely contrary to what a person can expect from a police officer. It had never occurred to me that a person who had earned a badge would do this to me or anybody else. I felt sickened and disgusted that a person wearing this badge... lawfully caring all that power. A person who I admired and trusted to be one day would harm me in this way or in any way.

The emotional wound that has resulted, still feels raw. This raw feeling has caused me to feel unsafe emotionally, even with people that I have loved and trusted in the past. This betrayal has hit me in my soul, and i just do not feel things the same way as before. For example, anytime i see or hear anything to do with a badge or law enforcement i find my heart racing, shaking, sweating, crying..with all the flashbacks to that horrible day in that unmarked police vehicle. I usually have to remove myself into a safer feeling location to regain my composure. As a result of your actions Michael Garcia, i feel that i lost my first love. The dream of going through the ranks and some day earning a title as a detective for the Las Cruces Police Department. That was my Passion and dream.

I carried this dark burden of criminal abuse alone for 3 long excruciating years. I cannot describe to you how self-disgusted, abused, broken and lost I felt. I lost my faith in everything, everyone..even in myself. I couldn't even look at myself, much less allow my family to look at me. For years i hid away in a busy work schedule, isolating any question or concern my family or friends had in my behavior. When i was home, i never left my room. The shame..The betrayal..took over my life. I slowly became something i was not. I completely gave up on school, i cant even remember my Jr or Senior year in high school. Finally college, i couldn't go through with Criminal Justice. I could not figure out what to do for the rest of my life. I gave it time and time again. My anger came over, my trust became no more. My friends were gone. My family could never understand.. Where lastly, i decided ending my life would entirely be my best option.. but every time i tried i came up short. I kept what happened inside because i was really scared. I was scared because you were an officer. I thought you would assault me again. I was scared I wouldn't be accepted in to the police department, and I was afraid that people wouldn't believe me.. even after you begged me Michael Garcia to never tell anyone what you had done to me. You dropped me off at the Police Station like if i was a piece of trash. No concern. Those 3 years made me feel as if i was..a worthless piece of trash. I had no one to run to. Nobody was there. I picked up my backpack, signed out and left. I was confused to what happened and i was traumatized. You, Michael Garcia took my spirit away from me.

When I finally came forward with the criminal sexual assault, I took a chance with a trusted mentor from the Police Department. She confronted me with questions no one had ever asked me, as to why I was not pursuing a carrier in Law Enforcement where she had watched me grow up.

Her questions hit me in the heart, and the silence..loneliness..shame and terror came flooding out along with the truth of what you had done to me when I was 17.

I realized in that moment it was your secret not mine, your shame not mine. I have a responsibility to take care of myself and others and not to protect a person who has sexually abused me and possibly others. Although it was the hardest thing I've ever had to do i my life. I did what i had to, to put you away. I never thought id have to team up with our City's FBI agency or Police Department. I never thought id have to confront you wearing a recording device. Or text or call you, just to prove i was telling the truth. But If I had to do it all over again, believe me I would.. Because I would never wish this on anyone. Now..You're one less monster off the street.

I learned a lot from speaking up. Last August I was diagnosed with Post Traumatic Stress Disorder. I learned how sever my depression was. I learned that i suffer from High Anxiety. I learned that the nightmares still happen. I learned that the Flashbacks may lessen over time. I learned that Michael Garcia was HIV positive, and had to take a test for the first time. I learned even after speaking up i still have problems making friends. My trust issues are still a problem. I have a difficult time recognizing people whom i can trust, as opposed to people who may be trying to harm me or manipulate me in some way. It is a daily struggle. I trusted the number one person who i never imagined would harm me. A detective from Our Las Cruces Police Department…and look what happened..this is something that will stay with me for the rest of my life. But I want you to listen closely Michael Garcia, this Sexual assault will never..EVER be my shame.

Thankfully, I am learning and recovering in a resilient and healthy way. I do what i can to make it through my days. Whatever it takes. Baby steps. I do it for myself, my family and especially all the women and men in the world who have been in my situation.

I will never give up on myself again.

However I am not sure if i will ever be able find my passion in my life dream of working in Law Enforcement.

Id like to thank the court, for allowing me to express myself today. My most biggest gratitude to my support system and those who have helped re in power my true self..I can not thank you all enough for believing in me.

Thank you,

Diana Marie Guerrero