# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | **14-1251 NF** | USA vs. | **GARCIA** | |
| Date: | **11/19/2014** | Name of Deft: | **MICHAEL GARCIA** | |
| Before the Honorable | | **NANCY D. FREUDENTHAL, CHIEF UNITED STATES DISTRICT JUDGE** | | |

| | | | |
|---|---|---|---|
| Time In/Out: | **11:07 AM – 12:13 PM** | Total Time in Court (for JS10): | **1 HOUR 6 MINUTES** |
| Clerk: | **JOANN O. STANDRIDGE** | Court Reporter: | **JAN DAVIS** |
| AUSA: | **HOLLAND KASTRIN** | Defendant's Counsel: | **MARIO ESPARZA** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |
| Probation Officer: | **LUIS RODRIGUEZ** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | **No Plea Agreement** | Comments: | |
| Date of Plea/Verdict: | **04/17/2014** | | | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): **108 MONTHS**
**(Court recommends the defendant participate in the BOP sex offender program)**

| | | | |
|---|---|---|---|
| Supervised Release: | **5 YEARS** | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | Part in/success complete subst abuse program/testing | | Reside halfway house _____ months _____ days |
| **X** | Part in/success complete mental health program | **X** | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | **X** | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | **X** | Possess no sexual material |
| | No contact with co-defendant and co-conspirators | | No computer with access to online services |
| **X** | No entering, or loitering near, victim's residence | **X** | No contact with children under 18 years |
| | Provide financial information | **X** | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | **X** | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | **X** | No loitering within 100 feet of school yards |

| | |
|---|---|
| **X** | OTHER: **Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall not possess a firearm, ammunition, destructive device, or any dangerous weapon. Defendant shall cooperate in the collection of DNA. Defendant shall undergo a risk assessment and/or psychosexual evaluation and begin participating in sex offender treatment, consistent w/the recommendations of the assessment and/or evaluation. Defendant shall submit to clinical polygraph testing and any other specific sex offender testing. Defendant shall consent to USPPO conducting periodic unannounced examinations of his computer(s) hardware and software, which may include retrieval and copying of all data from his computer(s). Defendant shall consent to the installation on his computer(s) any hardware or software to monitor his computer(s) use. Defendant understands that monitoring will occur on a random and/or regular basis. Defendant understands that measures to assist in monitoring compliance w/conditions such as placing tamper resistant tape over unused ports and sealing his computer(s) case and conducting a periodic hardware/software audit of his computer(s). Defendant shall maintain a current inventory of his computer(s) access included, but not limited to any bills pertaining to computer access, and shall submit on a monthly basis any card receipt/bills, telephone bills used for modem access, or any other records accrued in the use of computer(s). Defendant shall not make any changes to his computer(s) services, user identifications, or passwords w/out prior approval. Defendant shall not possess or use computer(s) or other related hardware or software during the period of supervised release.** |

| | | | | |
|---|---|---|---|---|
| Fine: | $ | | Restitution: $ | |
| SPA: | $ **100.00** | | Payment Schedule: **X** Due Imm. | Waived |

| OTHER: | **Pursuant to the Mandatory Victim Restitution Act, specifically 18 USC 3664(B)(5), the victim will have 90 days after sentencing to submit a final amount/claim for restitution.** | | |
|---|---|---|---|
|   | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | **Defendant Not In Custody** |   | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | **FMC DEVENS, MASSACHUSETTS (if eligible)** |
|   | Dismissed Counts: | | |
|   | OTHER COMMENTS | | |